United States District Court
Southern District of Texas
**ENTERED**
April 21, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Joe Hand Promotions, Inc., §
    Plaintiff, §
§
v. § Civil Action H-20-1849
§
Cisto Ojeda, §
Crystal Ojeda, and §
The Daiquiri Group, LLC, §
d/b/a Airport Daiquiris, §
    Defendants. §

## Order of Adoption

On April 2, 2021, Magistrate Judge Peter Bray recommended that Joe Hand Promotions, Inc.'s motion for default judgment be granted. (21) No objections were filed. After considering the record and the law, the court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate default judgment.

Signed April __21__, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge